IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 96-30739

Summary Calendar

---

ERIC C. HAHN,

Plaintiff-Appellant,

versus

DEPARTMENT OF THE TREASURY,
Robert E. Rubin, Secretary,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
(93-CV-3820-M)

---

January 17, 1997

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Eric Hahn appeals the dismissal of his employment discrimination suit. We affirm substantially for the reasons given by the magistrate judge and the district court. Hahn's claims for failure to promote are time-barred because they were filed a full 214 days after the EEOC's Office of Federal Operations issued its

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

ruling on those claims.  Each of his remaining claims fails because it was not administratively exhausted, because it does not amount to an adverse personnel action, or because it does not constitute an objectively hostile or abusive work environment as a matter of law.

AFFIRMED.